No. 10, Original. ARIZONA *v.* CALIFORNIA ET AL. The motion of the State of California for an allowance of time to file a brief in response to the briefs of Colorado, Wyo-

ming, Utah, and New Mexico is granted. California is allowed thirty days from this date to file its brief in response. THE CHIEF JUSTICE took no part in the consideration or decision of this motion. *Northcutt Ely* for the State of California, defendant.